# Third District Court of Appeal

## State of Florida

Opinion filed September 10, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-887
Lower Tribunal No. 04-11813
_____


**Brian Kuei Tung, et al.,**
Appellants,

vs.

**The Republic of Trinidad and Tobago, et al.,**
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Law Office of Michael Garcia Petit, P.A., and Michael Garcia Petit (Miramar), for appellants.

White & Case LLP, and Raoul G. Cantero and James N. Robinson and Ryan A. Ulloa and Wyatt R. Smith (New York, NY), for appellees.


Before LOGUE, GORDO and LOBREE, JJ.

PER CURIAM.

Appellant Brian Kuei Tung is unable to obtain review for most of the

issues he presents on appeal because his pleadings were struck before trial as a sanction for his personal failure to comply with court orders to submit to a deposition. Tung v. Republic of Trinidad & Tobago, 314 So. 3d 603 (Fla. 3d DCA 2020). Appellant Raul Gutierrez waived many of the points he raises on appeal by failing to raise them in opposing summary judgment. Desvarieux v. Bridgestone Retail Operations, LLC, 300 So. 3d 723, 729 (Fla. 3d DCA 2020) (party failed to preserve issue for review as he never mentioned the claim in his response to the opposing party's motion for summary judgment). The remaining issues raised we affirm without discussion.

Affirmed.

GORDO, J., concurs.

LOGUE, J., concurring

I concur for the reasons stated in my concurring opinion in <u>Ferguson v. Republic of Trinidad & Tobago</u>, No. 3D23-0880 (Fla. 3d DCA Sept. 10, 2025).